# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ROMERO,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1 to 20, inclusive,<br><br>Defendants. | **Case No. 2:16-cv-09462 CAS (ASx)**<br><br>**Hon. Christina A. Snyder**<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL**<br><br>Action Filed: November 15, 2016<br>Trial Date: May 1, 2018 |

The Court having reviewed the Parties' Stipulation to for Dismissal of the entire action with prejudice pursuant to FRCP 41(a)(1)(A)(ii), and good cause appearing therefore, hereby orders that the above-referenced Action be dismissed in its entirety.

Defendant's Request to Appear Telephonically at December 18, 2017 Post Mediation Status Conference[18] is denied as moot.

IT IS SO ORDERED this 14th day of December, 2017.

*Christina A. Snyder*
_____
Hon. Christina A. Snyder